UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 1:06CR63** |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| **JUAN CARLOS MARTINEZ-CRUZ** | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the Indictment herein as to the captioned Defendant without prejudice.

For the reasons set forth in the motion,

**IT IS, THEREFORE, ORDERED** that the Government's motion to dismiss is **ALLOWED**, and the indictment herein is hereby **DISMISSED WITHOUT PREJUDICE** as to the captioned Defendant.

The Clerk is directed to provide copies of this Order electronically to the U.S. Probation Office, the U.S. Attorney's Office, the U.S. Marshal's Office, and to defense counsel.

Signed: October 6, 2006

Lacy H. Thornburg
United States District Judge